# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VICTOR LAWRENCE PALEOLOGUS,

        Petitioner,

v.

LOPEZ, Warden,

        Respondent.

Case No. CV 10-0057 MWF (JCG)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 29, 2013

_____

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE